```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  TRAVIS E. DOWNS III (148274)                    DUPLICATE
    JAMES I. JACONETTE (179565)
 3  CHRISTOPHER D. STEWART (270448)
    655 West Broadway, Suite 1900                   JS-6
 4  San Diego, CA  92101-3301
    Telephone:  619/231-1058
 5  619/231-7423 (fax)
    travisd@rgrdlaw.com
 6  jamesj@rgrdlaw.com
    cstewart@rgrdlaw.com

 7  THE WEISER LAW FIRM, P.C.
    ROBERT B. WEISER
 8  BRETT D. STECKER
    JEFFREY J. CIARLANTO
 9  22 Cassatt Avenue
    Berwyn, PA  19312
10  Telephone:  610/225-2677
    610/408-8062 (fax)
11
    Co-Lead Counsel for Plaintiffs
12
                 UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14
                        WESTERN DIVISION
15
    In re MRV COMMUNICATIONS,      )  Master File No.
16  INC. DERIVATIVE LITIGATION     )    1:08-cv-03800-GAF(MANx)
                                   )
17  ─────────────────────────────  )  CV08-4472 GAF (RCx) *
                                   )
18  This Document Relates To:      )  CV08-4561 GAF (RCx)
                                   )
19     ALL ACTIONS.                )  CV08-5382 GAF (RCx)
                                   )
20

21                                    FINAL JUDGMENT
```

845073_2

1  In accordance with the Court's June 6, 2013 Memorandum and Order Regarding Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees (the "June 6, 2013 Memorandum and Order"), this consolidated case (including all related cases), is dismissed with prejudice.

It is further **ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's June 6, 2013 Memorandum and Order, final judgment terminating the litigation as to all claims and all parties is hereby entered, and this consolidated case (including all related cases) is hereby closed.

**Dated:** Los Angeles, California

June 13, 2013

JS-6

BY:

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

845073_2